**E-Filed February 25, 2010**

James B. Ball (#5212)
James E. Shively (#5497)
Poli & Ball, P.L.C.
601 S. 7th Street, Second Floor
Las Vegas, Nevada  89101
(702) 380-8095
Facsimile: (702) 380-3001
fern@poliball.com
Attorneys for Chrysler Financial Services Americas LLC f/k/a DC FIN SVCS AMER LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>Kenneth William Brown and<br>Sally Ann Brown,<br><br>Debtor. | No.  10-12390-bam<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Notice is hereby given that James E. Shively, of Poli & Ball, P.L.C., 601 S. 7th Street, Second Floor, Las Vegas, Nevada  89101, (702) 380-8095, makes his appearance in the above-captioned matter as counsel for Chrysler Financial Services Americas LLC f/k/a DC FIN SVCS AMER LLC, and hereby requests that his name be added to the master mailing list.

DATED this 25th day of February, 2010.

By /s/ James E. Shively, #5497
James B. Ball
James E. Shively
Poli & Ball, P.L.C.
601 S. 7th Street, Second Floor
Las Vegas, Nevada  89101
Attorneys for Chrysler Financial Services Americas LLC f/k/a DC FIN SVCS AMER LLC

COPIES of the foregoing mailed
this 25th day of February, 2010, to:

Kenneth William Brown and
Sally Ann Brown
7713 E. Burro Dr.
Kingman, AZ 86401
Debtor

Keith S. Knochel
2135 Highway 95, Suite 241
Bullhead City, AZ 86442
Attorney for debtor

Yvette P. Weinstein
6450 Spring Mountain Road
#14
Las Vegas, NV 89146
Trustee

      /s/ Chris Durazo
f:\apps\hotdocs\templates\arizona\notice of appearance.rtf

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA 89101
(702) 380-8095